**No. 49243.**—Protests 994307–G, etc., of L. Bamberger & Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49244.**—Protests 70456–K, etc., of John Heathcoat & Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.